UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OLIVER OWENS,<br><br>        Plaintiff,<br><br>  v.<br><br>MENLO PARK POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 18-cv-06636-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee, filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: February 13, 2019

                                                    JAMES DONATO<br>                                                    United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OLIVER OWENS,<br><br>    Plaintiff,<br><br>  v.<br><br>MENLO PARK POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 18-cv-06636-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on February 13, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Oliver Owens
300 Bradford Street
#0290606
Redwood City, CA


Dated: February 13, 2019


    Susan Y. Soong
    Clerk, United States District Court


By:_____
Kristen Melen, Deputy Clerk to the
Honorable JAMES DONATO

2