UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH OLIVER OWENS, | Case No. 18-cv-06636-JD |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MENLO PARK POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a former state court pretrial detainee proceeding pro se, filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable despite multiple attempts. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: August 25, 2022

JAMES DONATO
United States District Judge